STATE OF NEW JERSEY v. ROBERT DAVIS.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MCGILL.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENIO MOREJON.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD JOHN ANDRZEJEWSKI.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES STEWART.

September 16, 1986.

Petition for certification denied.